Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

Harrisburg Division

| | |
|---|---|
| Brian K. Barner, | Case No. 1:23-cv-00661-WIA |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| Fresh Express, Inc., Keisha Shaw, Michael Hale, Jessica Hoyles | FILED<br>HARRISBURG, PA<br><br>APR 20 2023<br><br>PER _____<br>DEPUTY CLERK |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Brian Keith Barner |
   | Street Address | 1139 Mulberry Street |
   | City and County | Harrisburg, Dauphin County |
   | State and Zip Code | Pennsylvania, 17104 |
   | Telephone Number | 717-992-3801 |
   | E-mail Address | briankbarner@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Fresh Express, Inc |
| Job or Title (if known) | |
| Street Address | 7505 Grayson Road |
| City and County | Harrisburg, Dauphin |
| State and Zip Code | Pennsylvania, 17111 |
| Telephone Number | (717) 561-1488 |
| E-mail Address (if known) | freshexpress.com |

Defendant No. 2

| | |
|---|---|
| Name | Keisha Shaw |
| Job or Title (if known) | HR Coordinator |
| Street Address | 7505 Grayson Rd |
| City and County | Harrisburg, Dauphin |
| State and Zip Code | Pennsylvania, 17111 |
| Telephone Number | (717) 561-1488 |
| E-mail Address (if known) | kshaw@freshexpress.com |

Defendant No. 3

| | |
|---|---|
| Name | Michael Hale |
| Job or Title (if known) | Warehouise Manager |
| Street Address | 7505 Grayson Rd |
| City and County | Harrisburg, Dauphin |
| State and Zip Code | Pennsylvania, 17111 |
| Telephone Number | (717) 561-1488 |
| E-mail Address (if known) | mhale@freshexpress.com |

Defendant No. 4

| | |
|---|---|
| Name | Jessica Hoyles |
| Job or Title (if known) | Inventory Supervisor |
| Street Address | 7505 Grayson Rd |
| City and County | Harrisburg, Dauphin |
| State and Zip Code | Pennsylvania, 17111 |
| Telephone Number | (717) 561-1488 |
| E-mail Address (if known) | jhoyles@freshexpress.com |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question       [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
I was denied equal protectino of the law because I was discriminated against for age and prior federal law conviction, as well as for whistle blowing on safety violations in the warehouse.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Brian Keith Barner , is a citizen of the State of *(name)* Pennsylvania .

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
      and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.     If the defendant is a corporation

The defendant, *(name)* Michael Hale, is incorporated under the laws of the State of *(name)* Pennsylvania, and has its principal place of business in the State of *(name)* Pennsylvania.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Loss of income, experience, stigmatizim and retirement income. Also, the Defendant(s), both severally and individually, are liable for punitive damages of $1,000,000.00.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was discriminated for and dismissed from my employment for complaining of lack of training and advancement, and also for notifying the comany executive staff of safety violations that were present in the warehouse. And at the time of my release I was pending a job change within the company for more money and because of my dismssal I could not be hired to that job for at least 6 months. Defendants Hale, Shaw and Hoyles conspired to dismiss me for frabricated violations after I emailed numerouis executive staff about the lack of training and safety violations. Defendant Fresh Express failed to hire, train and monitor its management staff to insure that they were complying with EEOC laws.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I seek the recovery of my lost wages, loss of increased pay, and the punitive damages to insure that the Defendants do not continue and/or repeat the violations against other similarly situated persons. As they abuse the employees because many of them are unaware of their rights and not skilled or educated in the legal pracitces of the United States.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/19/2023

Signature of Plaintiff *[signed]*
Printed Name of Plaintiff: Brian Keith Barner

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address